178 F.3d 1278
 Alan D. Bolinger, Jr.
v.
Thomas Ridge, as Governor of Commonwealth of Pennsylvania,
Gary Crowell, as Secretary of Department of General Services
of Commonwealth of Pennsylvania, John R. McCarty, as Deputy
Secretary For Administration of Department of General
Services of Commonwealth of Pennsylvania, Gregory C.
Santoro, as Chief Counsel For Department of General Services
of Commonwealth of Pennsylvania, Gregory A. Green, as
Director of Bureau of Personnel
 NO. 98-7194
 United States Court of Appeals,
Third Circuit.
 March 09, 1999
 Appeal From: M.D.Pa. ,No.9701342
 
 1
 Affirmed.